UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| **TORRY GRANRATH'S CUSTOM CONCRETE, INC.,** ) | |
| ) | Bankruptcy Case No. 15-14111 DRC |
| ) | |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 29, 2016, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Patrick S. Layng
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

CARL F. SAFANDA, ESQ
Safanda Law Firm
111 East Side Drive
Geneva, IL 60134

**VIA REGULAR MAIL**

TORRY GRANRATH'S CUSTOM CONCRETE, I
3840 OHIO AVENUE
SAINT CHARLES, IL 60174-5462

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

Monty Titling Trust I
c/o Howard & Howard, PLLC
200 South Michigan, Ste. 1100
Chicago, IL 60604

Internal Revenue Service
Department of the Treasury
PO Box 7346
Philadelphia, PA 19101-7346

Amari & Locallo
c/o Blitt and Gaines
661 Glenn Ave
Wheeling, IL 60090

Commonwealth Edison Company
3 Lincoln Center
Attn: Bankruptcy Department
Oakbrook Terrace, IL 60181

Pat Shaw
RSM US, LLP
1252 Bell Valley Road
Ste. 300
Rockford, IL  61108

/s/ THOMAS E. SPRINGER, TRUSTEE
THOMAS E. SPRINGER, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
Phone: (630) 510-0000