# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: TORRY GRANRATH'S CUSTOM CONCRETE,IN   § Case No. 15-14111
§
§
Debtor(s)                                    §

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on April 21, 2015.  The undersigned trustee was appointed on April 21, 2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $        342,267.69

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 226,987.30 |
| Administrative expenses | 51,678.57 |
| Bank service fees | 4,524.58 |
| Other payments to creditors | 49,688.50 |
| Non-estate funds paid to 3rd Parties | 7,576.25 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 1,812.49 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 08/19/2015 and the deadline for filing governmental claims was 10/19/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $19,984.57. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $19,893.95 as interim compensation and now requests the sum of $90.62, for a total compensation of $19,984.57.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $357.32 and now requests reimbursement for expenses of $0.00, for total expenses of $357.32.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/28/2017  By: /s/THOMAS E. SPRINGER, TRUSTEE
                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-14111
**Case Name:** TORRY GRANRATH'S CUSTOM CONCRETE,IN

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE
**Filed (f) or Converted (c):** 04/21/15 (f)
**§341(a) Meeting Date:** 05/18/15

**Period Ending:** 02/28/17
**Claims Bar Date:** 08/19/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Check for purchase of 1999 Mack Model RD688S | 59,000.00 | 59,000.00 | | 59,000.00 | FA |
| 2 | St. Charles Bank & Trust checking (payroll) | 1,200.00 | 0.00 | | 0.00 | FA |
| 3 | St. Charles Bank & Trust checking (operating) | 76.00 | 0.00 | | 0.00 | FA |
| 4 | St. Charles Bank & Trust account (Chicago escrow | 5,000.00 | 0.00 | | 0.00 | FA |
| 5 | BMO Harris Bank (Chicago escrow/bond) | 5,000.00 | 0.00 | | 0.00 | FA |
| 6 | Illinois Tollway (deposit) | 240.00 | 0.00 | | 0.00 | FA |
| 7 | 2014 - 2015 Tax refund (return not filed) | Unknown | 0.00 | | 1,812.49 | FA |
| 8 | 2007 Mack Model RD688S Tractor VIN: -5521 | 175,000.00 | 180,000.00 | | 180,000.00 | FA |
| 9 | 2007 Dodge Model 3500 Pickup Truck VIN: -3776 | 20,000.00 | 17,500.00 | | 17,500.00 | FA |
| 10 | 18' Equipment Trailer, Dual Axle | 2,000.00 | 0.00 | | 0.00 | FA |
| 11 | 18' Equipment Trailer, Dual Axle | 2,000.00 | 0.00 | | 0.00 | FA |
| 12 | 18' Equipment Trailer, Dual Axle | 2,000.00 | 0.00 | | 0.00 | FA |
| 13 | 1994 Freightliner Model FL70 Flat Bed Truck VIN: | 5,000.00 | 6,250.00 | | 6,250.00 | FA |
| 14 | 2001 Dodge Model 3500 Truck VIN: -1541 | 6,500.00 | 5,000.00 | | 5,000.00 | FA |
| 15 | 2007 Dodge Model 3500 Mega Cab Pickup Truck VIN: | 26,000.00 | 11,000.00 | | 11,000.00 | FA |
| 16 | 2000 Dynaweld Trailer VIN: -9753 | 2,000.00 | 3,000.00 | | 3,000.00 | FA |
| 17 | 2004 Felling Trailer VIN: -2318 | 2,000.00 | 5,750.00 | | 5,750.00 | FA |
| 18 | 2004 Felling Trailer VIN: -1158 | 2,000.00 | 5,500.00 | | 5,500.00 | FA |
| 19 | Vermeer Model T-5555TR Trencher S/N: -0404 | 7,500.00 | 0.00 | | 0.00 | FA |
| 20 | 2012 Jeep Grand Cherokee (corporate vehicle) | 28,000.00 | 18,988.92 | | 24,000.00 | FA |
| 21 | 1994 GMC Suburban (corporate vehicle) | 3,300.00 | 900.00 | | 900.00 | FA |
| 22 | 1999 Four State Ind Horse Trailer | 9,000.00 | 6,000.00 | | 6,000.00 | FA |
| 23 | Used items left on premises | 0.00 | 0.00 | | 0.00 | FA |
| 24 | Bobcat Breaker Attachment | 1,250.00 | 0.00 | | 0.00 | FA |
| 25 | Clipper walk-behind concrete saw | 750.00 | 0.00 | | 0.00 | FA |
| 26 | Honda Model International 3000 Power Washer | 100.00 | 0.00 | | 0.00 | FA |
| 27 | Wacker Model LT4 Portable Work Lights | 1,250.00 | 1,850.00 | | 1,850.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-14111  
**Case Name:** TORRY GRANRATH'S CUSTOM CONCRETE,IN  

**Period Ending:** 02/28/17

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 04/21/15 (f)  
**§341(a) Meeting Date:** 05/18/15  
**Claims Bar Date:** 08/19/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 28 | Allen Razorback Model Pro 1050 Trowel | 4,500.00 | 0.00 | | 0.00 | FA |
| 29 | Allen Razorback Model Pro 1050 Trowel | 4,500.00 | 0.00 | | 0.00 | FA |
| 30 | Stone Model XN6506 Tamper | 500.00 | 0.00 | | 0.00 | FA |
| 31 | Coleman Model Vertex 7500 Generator | 300.00 | 0.00 | | 0.00 | FA |
| 32 | Coleman Model Vertex 7500 Generator | 300.00 | 0.00 | | 0.00 | FA |
| 33 | Coleman Model Vertex 7500 Generator | 300.00 | 0.00 | | 0.00 | FA |
| 34 | Sturdi-Saw Concrete saw | 1,000.00 | 0.00 | | 0.00 | FA |
| 35 | Soffcut Model 750 Concrete saw | 2,000.00 | 0.00 | | 0.00 | FA |
| 36 | Soffcut Model GS1000 Concrete saw | 750.00 | 0.00 | | 0.00 | FA |
| 37 | Walk Behind Gas Operated Trowel | 750.00 | 0.00 | | 0.00 | FA |
| 38 | Walk Behind Gas Operated Trowel | 750.00 | 0.00 | | 0.00 | FA |
| 39 | Walk Behind Gas Operated Trowel | 750.00 | 0.00 | | 0.00 | FA |
| 40 | Walk Behind Gas Operated Trowel | 750.00 | 0.00 | | 0.00 | FA |
| 41 | Walk Behind Tamper | 375.00 | 0.00 | | 0.00 | FA |
| 42 | Walk Behind Tamper | 375.00 | 0.00 | | 0.00 | FA |
| 43 | Knack box | 500.00 | 0.00 | | 0.00 | FA |
| 44 | Gasoline Operated portable 2" pump | 200.00 | 0.00 | | 0.00 | FA |
| 45 | Gasoline Operated portable 2" pump | 200.00 | 0.00 | | 0.00 | FA |
| 46 | Gasoline Operated portable 2" pump | 200.00 | 0.00 | | 0.00 | FA |
| 47 | Lincoln 225 Amp Arc Welder | 300.00 | 0.00 | | 0.00 | FA |
| 48 | Welding cart, torch, and gauge | 125.00 | 0.00 | | 0.00 | FA |
| 49 | Sanborn 5hp Piston-type vertical air compressor | 425.00 | 0.00 | | 0.00 | FA |
| 50 | 2013 PJ 8 ft. x 18 ft. Wood Deck Tandem (u) | 3,250.00 | 3,250.00 | | 3,250.00 | FA |
| 51 | 2013 Beaver Creek Wood Deck Tandem 18ft. -2001 (u) | 2,000.00 | 2,000.00 | | 2,000.00 | FA |
| 52 | 78inx17ft Wood Deck Tandem 48in drop down ramps (u) | 600.00 | 600.00 | | 600.00 | FA |
| 53 | 84inx17ft Wood Deck Tamdem 60in drop down ramps | 900.00 | 900.00 | | 900.00 | FA |

Exhibit A

Page: 3

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-14111  
**Case Name:** TORRY GRANRATH'S CUSTOM CONCRETE,IN  

**Trustee:** (330640)   THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 04/21/15 (f)  
**§341(a) Meeting Date:** 05/18/15  

**Period Ending:** 02/28/17  
**Claims Bar Date:** 08/19/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | (u) | | | | | |
| 54 | 84inx17ft Wood Deck Tamdem 45in drop down ramps (u) | 600.00 | 600.00 | | 600.00 | FA |
| 55 | 84inx17ft Wood Deck Tamdem 45in drop down ramps (u) | 1,000.00 | 1,000.00 | | 1,000.00 | FA |
| 56 | Preference Adversary against BOA (u) | 55,000.00 | 55,000.00 | | 6,000.00 | FA |
| 57 | AT&T refund (u) | 355.20 | 355.20 | | 355.20 | FA |
| 57 | **Assets** **Totals** (Excluding unknown values) | **$449,721.20** | **$384,444.12** | | **$342,267.69** | **$0.00** |

**Major Activities Affecting Case Closing:**

Equipment that was not subject to Bank's blanet lien was sold at auction. Trustee investigating potential preferential transfers.

**Initial Projected Date Of Final Report (TFR):** February 15, 2017    **Current Projected Date Of Final Report (TFR):** November 15, 2016 (Actual)

Printed: 02/28/2017 10:02 AM    V.13.30

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-14111  
**Case Name:** TORRY GRANRATH'S CUSTOM CONCRETE,IN  
**Taxpayer ID #:** **-***6958  
**Period Ending:** 02/28/17

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****988066 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/05/15 | {1} | Landscape Material & Firewood Sales, Inc. | Turnover of collected money for purchase of 1999 Mack truck | 1129-000 | 59,000.00 | | 59,000.00 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 90.51 | 58,909.49 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.73 | 58,824.76 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.78 | 58,742.98 |
| 12/09/15 | | PPL Group LLC | Liquidation of Personal Property | | 268,200.00 | | 326,942.98 |
| | {50} | | 3,250.00 | 1229-000 | | | 326,942.98 |
| | {51} | | 2,000.00 | 1229-000 | | | 326,942.98 |
| | {17} | | 5,750.00 | 1129-000 | | | 326,942.98 |
| | {18} | | 5,500.00 | 1129-000 | | | 326,942.98 |
| | {52} | | 600.00 | 1229-000 | | | 326,942.98 |
| | {53} | | 900.00 | 1229-000 | | | 326,942.98 |
| | {54} | | 600.00 | 1229-000 | | | 326,942.98 |
| | {55} | | 1,000.00 | 1229-000 | | | 326,942.98 |
| | {13} | | 6,250.00 | 1129-000 | | | 326,942.98 |
| | {9} | | 17,500.00 | 1129-000 | | | 326,942.98 |
| | {15} | | 11,000.00 | 1129-000 | | | 326,942.98 |
| | {14} | | 5,000.00 | 1129-000 | | | 326,942.98 |
| | {20} | | 24,000.00 | 1129-000 | | | 326,942.98 |
| | {16} | | 3,000.00 | 1129-000 | | | 326,942.98 |
| | {27} | | 1,850.00 | 1129-000 | | | 326,942.98 |
| | {8} | | 180,000.00 | 1129-000 | | | 326,942.98 |
| 12/11/15 | 101 | Steven S. Spinell | adm rent claim for receiver; Order approving payment entered 10/23/15 | 2410-000 | | 7,100.00 | 319,842.98 |
| 12/11/15 | 102 | PPL Group, LLC | Auctioneer fees; Order approving fees entered 12/4/15 | 3610-000 | | 26,820.00 | 293,022.98 |
| 12/11/15 | 103 | PPL Group, LLC | Auctioneer expenses; Order approving expenses entered 12/4/15 | 3620-000 | | 9,156.00 | 283,866.98 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 345.18 | 283,521.80 |
| 01/08/16 | {22} | Move Makers, Inc. | Settlement Pursuant to Order | 1129-000 | 6,000.00 | | 289,521.80 |
| 01/08/16 | {21} | Aaron J. Wilson and Taylor B. Wilson | Settlement Pursuant to Order | 1129-000 | 900.00 | | 290,421.80 |
| 01/29/16 | 104 | PPL Group, LLC | exp reimbrsement for 2012 Jeep pursuant to Order entered 1/15/16 | 3620-000 | | 6,612.50 | 283,809.30 |
| 01/29/16 | 105 | Ronald Peterson, Trustee for BK estate of Torrance Granrath | 1/2 net proceeds for 2012 Jeep pursuant to Order entered 1/15/16 | 8500-002 | | 7,576.25 | 276,233.05 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 400.09 | 275,832.96 |

Subtotals :  $334,100.00   $58,267.04

{} Asset reference(s)

Printed: 02/28/2017 10:02 AM     V.13.30

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 15-14111 | | Trustee: | THOMAS E. SPRINGER, TRUSTEE (330640) |
|---|---|---|---|---|
| Case Name: | TORRY GRANRATH'S CUSTOM CONCRETE,IN | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****988066 - Checking Account |
| Taxpayer ID #: | **-***6958 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 02/28/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/26/16 | 106 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/26/2016 FOR CASE #15-14111, Bond Premium | 2300-000 | | 141.72 | 275,691.24 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 389.93 | 275,301.31 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 434.52 | 274,866.79 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 381.13 | 274,485.66 |
| 05/24/16 | {56} | Bank of America Corp. | Settlement of preference adversary | 1241-000 | 6,000.00 | | 280,485.66 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 381.75 | 280,103.91 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 442.02 | 279,661.89 |
| 07/21/16 | 107 | SPRINGER BROWN, LLC | Attorney fees and expenses pursuant to Order entered 7/8/16 | | | 26,516.58 | 253,145.31 |
| | | SPRINGER BROWN, LLC | Attorney Fees pursuant to Order entered 7/8/16   26,337.50 | 3110-000 | | | 253,145.31 |
| | | SPRINGER BROWN, LLC | Attorney expenses pursuant to Order entered 7/8/16   179.08 | 3120-000 | | | 253,145.31 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 382.71 | 252,762.60 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 398.82 | 252,363.78 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 361.99 | 252,001.79 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 349.42 | 251,652.37 |
| 11/11/16 | {57} | AT&T | Refund | 1229-000 | 355.20 | | 252,007.57 |
| 01/13/17 | 108 | RSM US LLP | Dividend paid 100.00% on $4,769.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 4,769.00 | 247,238.57 |
| 01/13/17 | 109 | Monty Titling Trust I | Dividend paid 100.00% on $10,000.00; Claim# 5S-4; Filed: $10,000.00; Reference: | 4120-000 | | 10,000.00 | 237,238.57 |
| 01/13/17 | 110 | Internal Revenue Service | Dividend paid 100.00% on $2,307.21; Claim# 1P; Filed: $2,307.21; Reference: Voided on 01/13/17 | 5800-000 | | 2,307.21 | 234,931.36 |
| 01/13/17 | 110 | Internal Revenue Service | Dividend paid 100.00% on $2,307.21; Claim# 1P; Filed: $2,307.21; Reference: Voided: check issued on 01/13/17 | 5800-000 | | -2,307.21 | 237,238.57 |
| 01/13/17 | 111 | Illinois Department of Revenue | Dividend paid 100.00% on $216.57; Claim# 3P; Filed: $216.57; Reference: | 5800-000 | | 216.57 | 237,022.00 |
| 01/13/17 | 112 | Commonwealth Edison Company | Dividend paid 4.64% on $149.71; Claim# 2; Filed: $149.71; Reference: | 7100-000 | | 6.95 | 237,015.05 |
| 01/13/17 | 113 | Amari & Locallo | Dividend paid 4.64% on $78,204.63; Claim# 4; Filed: $78,204.63; Reference: | 7100-000 | | 3,629.22 | 233,385.83 |

Subtotals : $6,355.20    $48,802.33

{} Asset reference(s)

Printed: 02/28/2017 10:02 AM    V.13.30

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 15-14111  
**Case Name:** TORRY GRANRATH'S CUSTOM CONCRETE,IN  
**Taxpayer ID #:** **-***6958  
**Period Ending:** 02/28/17

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****988066 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/13/17 | 114 | Monty Titling Trust I | Dividend paid  4.64% on $4,543,013.61; Claim# 5U-4; Filed: $4,543,013.61; Reference: | 7100-000 | | 210,826.14 | 22,559.69 |
| 01/13/17 | 115 | THOMAS E. SPRINGER, TRUSTEE | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 20,251.27 | 2,308.42 |
| | | | Dividend paid 100.00%        19,893.95 on $19,893.95;  Claim# ; Filed: $19,893.95 | 2100-000 | | | 2,308.42 |
| | | | Dividend paid 100.00%        357.32 on $357.32;  Claim# ; Filed: $357.32 | 2200-000 | | | 2,308.42 |
| 01/13/17 | 116 | U.S. Bankruptcy Court | COMBINED SMALL CHECK Voided on 01/13/17 | 7100-000 | | 1.21 | 2,307.21 |
| 01/13/17 | 116 | U.S. Bankruptcy Court | COMBINED SMALL CHECK Voided: check issued on 01/13/17 | 7100-000 | | -1.21 | 2,308.42 |
| 01/13/17 | 117 | Internal Revenue Service | final report distribution for priority and unsecured claims | | | 2,308.42 | 0.00 |
| | | | | 2,307.21 | 5800-000 | | 0.00 |
| | | | | 1.21 | 7100-000 | | 0.00 |
| 02/24/17 | {7} | United States Treasury | Turnover Tax Refund | 1124-000 | 500.99 | | 500.99 |
| 02/24/17 | {7} | United States Treasury | Turnover Tax Refund | 1124-000 | 501.48 | | 1,002.47 |
| 02/24/17 | {7} | United States Treasury | Turnover Tax Refund | 1124-000 | 810.02 | | 1,812.49 |
| | | | **ACCOUNT TOTALS** | | 342,267.69 | 340,455.20 | **$1,812.49** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **342,267.69** | **340,455.20** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$342,267.69** | **$340,455.20** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****988066** | 342,267.69 | 340,455.20 | 1,812.49 |
| | **$342,267.69** | **$340,455.20** | **$1,812.49** |

{} Asset reference(s)

Printed: 02/28/2017 10:02 AM     V.13.30

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** August 19, 2015

**Case Number:** 15-14111  
**Debtor Name:** TORRY GRANRATH'S CUSTOM CONCRETE,IN

Page: 1

**Date:** February 28, 2017  
**Time:** 10:02:01 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | THOMAS E. SPRINGER, TRUSTEE<br>300 S. County Farm Rd., Ste.I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $19,984.57 | $19,893.95 | 90.62 |
| 200 | THOMAS E. SPRINGER, TRUSTEE<br>300 S. County Farm Rd., Ste.I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $357.32 | $357.32 | 0.00 |
| 200 | SPRINGER BROWN, LLC<br>300 S. County Farm Road<br>Suite I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $26,337.50 | $26,337.50 | 0.00 |
| 200 | SPRINGER BROWN, LLC<br>300 S. County Farm Road<br>Suite I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $179.08 | $179.08 | 0.00 |
| 200 | RSM US LLP<br>5155 Paysphere Circle<br>Chicago, IL 60674 | Admin Ch. 7 | | $4,769.00 | $4,769.00 | 0.00 |
| 1P 570 | Internal Revenue Service<br>Department of the Treasury<br>PO Box 7317<br>Philadelphia, PA 19101-7317 | Priority | | $2,307.21 | $2,307.21 | 0.00 |
| 3P 570 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | | $216.57 | $216.57 | 0.00 |
| 5S-4 210 | Monty Titling Trust I<br>c/o Howard & Howard, PLLC<br>200 South Michigan, Ste. 1100<br>Chicago, IL 60604 | Secured | Amended claim pursuant to settlement agreement | $10,000.00 | $10,000.00 | 0.00 |
| 1U 610 | Internal Revenue Service<br>Department of the Treasury<br>PO Box 7317<br>Philadelphia, PA 19101-7317 | Unsecured | | $25.99 | $1.21 | 24.78 |
| 2 610 | Commonwealth Edison Company<br>3 Lincoln Center<br>Attn: Bankruptcy Department<br>Oakbrook Terrace, IL 60181 | Unsecured | | $149.71 | $6.95 | 142.76 |
| 4 610 | Amari & Locallo<br>c/o Blitt and Gaines<br>661 Glenn Ave<br>Wheeling, IL 60090 | Unsecured | | $78,204.63 | $3,629.22 | 74,575.41 |
| 5U-4 610 | Monty Titling Trust I<br>c/o Howard & Howard, PLLC<br>200 South Michigan, Ste. 1100<br>Chicago, IL 60604 | Unsecured | Amended Claim pursuant to settlement agreement | $4,543,013.61 | $210,826.14 | 4,332,187.47 |
| **<< Totals >>** | | | | 4,685,545.19 | 278,524.15 | 4,407,021.04 |

**TRUSTEE'S PROPOSED DISTRIBUTION**                    Exhibit D

Case No.: 15-14111
Case Name: TORRY GRANRATH'S CUSTOM CONCRETE,IN
Trustee Name: THOMAS E. SPRINGER, TRUSTEE

**Balance on hand:**                                          $         1,812.49

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 5S-4 | Monty Titling Trust I | 10,000.00 | 10,000.00 | 10,000.00 | 0.00 |

Total to be paid to secured creditors:   $         0.00
Remaining balance:   $     1,812.49

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS E. SPRINGER, TRUSTEE | 19,984.57 | 19,893.95 | 90.62 |
| Trustee, Expenses - THOMAS E. SPRINGER, TRUSTEE | 357.32 | 357.32 | 0.00 |
| Attorney for Trustee, Fees - SPRINGER BROWN, LLC | 26,337.50 | 26,337.50 | 0.00 |
| Attorney for Trustee, Expenses - SPRINGER BROWN, LLC | 179.08 | 179.08 | 0.00 |
| Accountant for Trustee, Fees - RSM US LLP | 4,769.00 | 4,769.00 | 0.00 |

Total to be paid for chapter 7 administration expenses:   $        90.62
Remaining balance:   $     1,721.87

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $         0.00
Remaining balance:   $     1,721.87

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,523.78 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1P | Internal Revenue Service | 2,307.21 | 2,307.21 | 0.00 |
| 3P | Illinois Department of Revenue | 216.57 | 216.57 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 1,721.87

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,621,393.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1U | Internal Revenue Service | 25.99 | 1.21 | 0.02 |
| 2 | Commonwealth Edison Company | 149.71 | 6.95 | 0.05 |
| 4 | Amari & Locallo | 78,204.63 | 3,629.22 | 29.13 |
| 5U-4 | Monty Titling Trust I | 4,543,013.61 | 210,826.14 | 1,692.67 |

Total to be paid for timely general unsecured claims: $ 1,721.87
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**