## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: TORRY GRANRATH'S CUSTOM CONCRETE,IN | § | Case No. 15-14111 |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:45am on 03/24/2017 in Courtroom 240, United States Courthouse,

Old Kane County Courthouse
100 S. Third Street,  Geneva, IL 60134.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed  03/03/2017         By:   /s/ Thomas E. Springer
                                                                  Trustee

THOMAS E. SPRINGER, TRUSTEE
300 S. County Farm Rd., Ste.I
Wheaton, IL  60187
(630) 510-0000

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: TORRY GRANRATH'S CUSTOM CONCRETE,IN   §    Case No. 15-14111
  §
  §
Debtor(s)   §

## SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 342,267.69 |
| *and approved disbursements of* | $ | 340,455.20 |
| *leaving a balance on hand of* [1] | $ | 1,812.49 |

**Balance on hand:**    $    1,812.49

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 5S-4 | Monty Titling Trust I | 10,000.00 | 10,000.00 | 10,000.00 | 0.00 |

Total to be paid to secured creditors:    $    0.00
Remaining balance:    $    1,812.49

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS E. SPRINGER, TRUSTEE | 19,984.57 | 19,893.95 | 90.62 |
| Trustee, Expenses - THOMAS E. SPRINGER, TRUSTEE | 357.32 | 357.32 | 0.00 |
| Attorney for Trustee, Fees - SPRINGER BROWN, LLC | 26,337.50 | 26,337.50 | 0.00 |
| Attorney for Trustee, Expenses - SPRINGER BROWN, LLC | 179.08 | 179.08 | 0.00 |
| Accountant for Trustee, Fees - RSM US LLP | 4,769.00 | 4,769.00 | 0.00 |

Total to be paid for chapter 7 administration expenses:    $    90.62
Remaining balance:    $    1,721.87

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $              0.00

Remaining balance:   $          1,721.87

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,523.78 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Internal Revenue Service | 2,307.21 | 2,307.21 | 0.00 |
| 3P | Illinois Department of Revenue | 216.57 | 216.57 | 0.00 |

Total to be paid for priority claims:   $              0.00

Remaining balance:   $          1,721.87

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,621,393.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Internal Revenue Service | 25.99 | 1.21 | 0.02 |
| 2 | Commonwealth Edison Company | 149.71 | 6.95 | 0.05 |
| 4 | Amari & Locallo | 78,204.63 | 3,629.22 | 29.13 |
| 5U-4 | Monty Titling Trust I | 4,543,013.61 | 210,826.14 | 1,692.67 |

Total to be paid for timely general unsecured claims:   $          1,721.87

Remaining balance:   $              0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

Prepared By: /s/THOMAS E. SPRINGER, TRUSTEE

Trustee

THOMAS E. SPRINGER, TRUSTEE
300 S. County Farm Rd., Ste.I
Wheaton, IL  60187
(630) 510-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 15-14111-JSB
Torry Granrath's Custom Concrete, I                             Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: corrinal          Page 1 of 1          Date Rcvd: Mar 14, 2017
                             Form ID: pdf006          Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2017.
db             +Torry Granrath's Custom Concrete, Inc.,   3840 Ohio Avenue,   Saint Charles, IL 60174-5462
23197581       +Monty Titling Trust I,   c/o Howard & Howard, PLLC,   200 South Michigan, Ste. 1100,
                Chicago, IL 60604-2461

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
23434434       +E-mail/Text: bk@blittandgaines.com Mar 15 2017 02:56:49     Amari & locallo,
                c/o Blitt and Gaines,   661 Glenn Ave,   Wheeling, IL 60090-6017
23364515       +E-mail/Text: comedbankruptcygroup@exeloncorp.com Mar 15 2017 02:59:11
                Commonwealth Edison Company,   3 Lincoln Center,   Attn: Bankruptcy Department,
                Oakbrook Terrace, IL 60181-4204
23197579        E-mail/Text: cio.bncmail@irs.gov Mar 15 2017 02:56:37     Internal Revenue Service,
                Department of the Treasury,   2306 E. Bannister Road,   Kansas City, MO 64131
23395033        E-mail/Text: rev.bankruptcy@illinois.gov Mar 15 2017 02:57:26
                Illinois Department of Revenue,   Bankruptcy Section,   P.O. Box 64338,
                Chicago, Illinois 60664-0338
                                                                                        TOTAL: 4

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 16, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2017 at the address(es) listed below:
          Aaron B Chapin    on behalf of Defendant    BANK OF AMERICA, N.A achapin@reedsmith.com,
          bankruptcy-2628@ecf.pacerpro.com
          Carl F. Safanda, Esq   on behalf of Debtor 1    Torry Granrath's Custom Concrete, Inc.
          csafanda@xnet.com;rsafanda@xnet.com
          Daniel Rubin    on behalf of Creditor    Monty Titling Trust 1 drubin@howardandhoward.com
          James M Philbrick   on behalf of Creditor    Ally Financial Inc. f/k/a GMAC Inc.
          jmphilbrick@att.net
          Joshua D. Greene    on behalf of Trustee Thomas E Springer jgreene@springerbrown.com,
          iprice@springerbrown.com
          Joshua D. Greene    on behalf of Plaintiff Thomas E Springer jgreene@springerbrown.com,
          iprice@springerbrown.com
          Melissa Mickey    on behalf of Defendant    BANK OF AMERICA, N.A mmickey@reedsmith.com,
          akaton@reedsmith.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Thomas E Springer    on behalf of Accountant Patrick T Shaw tspringer@springerbrown.com,
          tspringer@ecf.epiqsystems.com;IL85@ecfcbis.com;iprice@springerbrown.com
          Thomas E Springer    on behalf of Trustee Thomas E Springer tspringer@springerbrown.com,
          tspringer@ecf.epiqsystems.com;IL85@ecfcbis.com;iprice@springerbrown.com
          Thomas E Springer    tspringer@springerbrown.com,
          tspringer@ecf.epiqsystems.com;IL85@ecfcbis.com;iprice@springerbrown.com
          Thomas E Springer    on behalf of Attorney Thomas E Springer tspringer@springerbrown.com,
          iprice@springerbrown.com
                                                                              TOTAL: 12