# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: TORRY GRANRATH'S CUSTOM CONCRETE,IN   §   Case No. 15-14111
§
§
Debtor(s)   §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $46,966.00 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distribution to Claimants: $228,709.17 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $105,982.27 | |

3) Total gross receipts of $ 342,267.69 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 7,576.25 (see **Exhibit 2**), yielded net receipts of $334,691.44 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $10,000.00 | $10,000.00 | $10,000.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 105,982.27 | 105,982.27 | 105,982.27 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 2,523.78 | 2,523.78 | 2,523.78 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 7,289,985.37 | 4,621,393.94 | 4,621,393.94 | 216,185.39 |
| **TOTAL DISBURSEMENTS** | $7,289,985.37 | $4,739,899.99 | $4,739,899.99 | $334,691.44 |

4) This case was originally filed under Chapter 7 on April 21, 2015. The case was pending for 26 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/11/2017          By: /s/THOMAS E. SPRINGER, TRUSTEE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Check for purchase of 1999 Mack Model RD688S | 1129-000 | 59,000.00 |
| 2014 - 2015 Tax refund (return not filed) | 1124-000 | 1,812.49 |
| 2007 Mack Model RD688S Tractor VIN: -5521 | 1129-000 | 180,000.00 |
| 2007 Dodge Model 3500 Pickup Truck VIN: -3776 | 1129-000 | 17,500.00 |
| 1994 Freightliner Model FL70 Flat Bed Truck VIN: | 1129-000 | 6,250.00 |
| 2001 Dodge Model 3500 Truck VIN: -1541 | 1129-000 | 5,000.00 |
| 2007 Dodge Model 3500 Mega Cab Pickup Truck VIN: | 1129-000 | 11,000.00 |
| 2000 Dynaweld Trailer VIN: -9753 | 1129-000 | 3,000.00 |
| 2004 Felling Trailer VIN: -2318 | 1129-000 | 5,750.00 |
| 2004 Felling Trailer VIN: -1158 | 1129-000 | 5,500.00 |
| 2012 Jeep Grand Cherokee (corporate vehicle) | 1129-000 | 24,000.00 |
| 1994 GMC Suburban (corporate vehicle) | 1129-000 | 900.00 |
| 1999 Four State Ind Horse Trailer | 1129-000 | 6,000.00 |
| Wacker Model LT4 Portable Work Lights | 1129-000 | 1,850.00 |
| 2013 PJ 8 ft. x 18 ft. Wood Deck Tandem | 1229-000 | 3,250.00 |
| 2013 Beaver Creek Wood Deck Tandem 18ft. -2001 | 1229-000 | 2,000.00 |
| 78inx17ft Wood Deck Tandem 48in drop down ramps | 1229-000 | 600.00 |
| 84inx17ft Wood Deck Tamdem 60in drop down ramps | 1229-000 | 900.00 |
| 84inx17ft Wood Deck Tamdem 45in drop down ramps | 1229-000 | 600.00 |
| 84inx17ft Wood Deck Tamdem 45in drop down ramps | 1229-000 | 1,000.00 |
| Preference Adversary against BOA | 1241-000 | 6,000.00 |
| AT&T refund | 1229-000 | 355.20 |
| **TOTAL GROSS RECEIPTS** | | **$342,267.69** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Ronald Peterson, Trustee for BK estate of Torrance Granrath | 1/2 net proceeds for 2012 Jeep pursuant to Order entered 1/15/16 | 8500-002 | 7,576.25 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$7,576.25** |

# EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5S-4 | Monty Titling Trust I | 4120-000 | N/A | 10,000.00 | 10,000.00 | 10,000.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$10,000.00** | **$10,000.00** | **$10,000.00** |

# EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - THOMAS E. SPRINGER, TRUSTEE | 2100-000 | N/A | 19,984.57 | 19,984.57 | 19,984.57 |
| Trustee Expenses - THOMAS E. SPRINGER, TRUSTEE | 2200-000 | N/A | 357.32 | 357.32 | 357.32 |
| Attorney for Trustee Fees (Trustee Firm) - SPRINGER BROWN, LLC | 3110-000 | N/A | 26,337.50 | 26,337.50 | 26,337.50 |
| Attorney for Trustee Expenses (Trustee Firm) - SPRINGER BROWN, LLC | 3120-000 | N/A | 179.08 | 179.08 | 179.08 |
| Other - RSM US LLP | 3410-000 | N/A | 4,769.00 | 4,769.00 | 4,769.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 90.51 | 90.51 | 90.51 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 84.73 | 84.73 | 84.73 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 81.78 | 81.78 | 81.78 |
| Other - Steven S. Spinell | 2410-000 | N/A | 7,100.00 | 7,100.00 | 7,100.00 |
| Auctioneer for Trustee Fees (including buyers premiums) - PPL Group, LLC | 3610-000 | N/A | 26,820.00 | 26,820.00 | 26,820.00 |
| Auctioneer for Trustee Expenses - PPL Group, LLC | 3620-000 | N/A | 9,156.00 | 9,156.00 | 9,156.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 345.18 | 345.18 | 345.18 |
| Auctioneer for Trustee Expenses - PPL Group, LLC | 3620-000 | N/A | 6,612.50 | 6,612.50 | 6,612.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 400.09 | 400.09 | 400.09 |
| Other - Arthur B. Levine Company | 2300-000 | N/A | 141.72 | 141.72 | 141.72 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 389.93 | 389.93 | 389.93 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 434.52 | 434.52 | 434.52 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 381.13 | 381.13 | 381.13 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 381.75 | 381.75 | 381.75 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 442.02 | 442.02 | 442.02 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 382.71 | 382.71 | 382.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 398.82 | 398.82 | 398.82 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 361.99 | 361.99 | 361.99 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 349.42 | 349.42 | 349.42 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $105,982.27 | $105,982.27 | $105,982.27 |

**EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 —PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Internal Revenue Service | 5800-000 | unknown | 2,307.21 | 2,307.21 | 2,307.21 |
| 3P | Illinois Department of Revenue | 5800-000 | unknown | 216.57 | 216.57 | 216.57 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $2,523.78 | $2,523.78 | $2,523.78 |

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Internal Revenue Service | 7100-000 | N/A | 25.99 | 25.99 | 1.23 |
| 2 | Commonwealth Edison Company | 7100-000 | 228.86 | 149.71 | 149.71 | 7.00 |
| 4 | Amari & Locallo | 7100-000 | 78,204.63 | 78,204.63 | 78,204.63 | 3,658.35 |
| 5U-4 | Monty Titling Trust I | 7100-000 | 7,211,551.88 | 4,543,013.61 | 4,543,013.61 | 212,518.81 |

| | | | | |
|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | $7,289,985.37 | $4,621,393.94 | $4,621,393.94 | $216,185.39 |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-14111  
**Case Name:** TORRY GRANRATH'S CUSTOM CONCRETE,IN  
**Period Ending:** 07/11/17

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 04/21/15 (f)  
**§341(a) Meeting Date:** 05/18/15  
**Claims Bar Date:** 08/19/15

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Check for purchase of 1999 Mack Model RD688S | 59,000.00 | 59,000.00 | | 59,000.00 | FA |
| 2 | St. Charles Bank & Trust checking (payroll) | 1,200.00 | 0.00 | | 0.00 | FA |
| 3 | St. Charles Bank & Trust checking (operating) | 76.00 | 0.00 | | 0.00 | FA |
| 4 | St. Charles Bank & Trust account (Chicago escrow | 5,000.00 | 0.00 | | 0.00 | FA |
| 5 | BMO Harris Bank (Chicago escrow/bond) | 5,000.00 | 0.00 | | 0.00 | FA |
| 6 | Illinois Tollway (deposit) | 240.00 | 0.00 | | 0.00 | FA |
| 7 | 2014 - 2015 Tax refund (return not filed) | Unknown | 0.00 | | 1,812.49 | FA |
| 8 | 2007 Mack Model RD688S Tractor VIN: -5521 | 175,000.00 | 180,000.00 | | 180,000.00 | FA |
| 9 | 2007 Dodge Model 3500 Pickup Truck VIN: -3776 | 20,000.00 | 17,500.00 | | 17,500.00 | FA |
| 10 | 18' Equipment Trailer, Dual Axle | 2,000.00 | 0.00 | | 0.00 | FA |
| 11 | 18' Equipment Trailer, Dual Axle | 2,000.00 | 0.00 | | 0.00 | FA |
| 12 | 18' Equipment Trailer, Dual Axle | 2,000.00 | 0.00 | | 0.00 | FA |
| 13 | 1994 Freightliner Model FL70 Flat Bed Truck VIN: | 5,000.00 | 6,250.00 | | 6,250.00 | FA |
| 14 | 2001 Dodge Model 3500 Truck VIN: -1541 | 6,500.00 | 5,000.00 | | 5,000.00 | FA |
| 15 | 2007 Dodge Model 3500 Mega Cab Pickup Truck VIN: | 26,000.00 | 11,000.00 | | 11,000.00 | FA |
| 16 | 2000 Dynaweld Trailer VIN: -9753 | 2,000.00 | 3,000.00 | | 3,000.00 | FA |
| 17 | 2004 Felling Trailer VIN: -2318 | 2,000.00 | 5,750.00 | | 5,750.00 | FA |
| 18 | 2004 Felling Trailer VIN: -1158 | 2,000.00 | 5,500.00 | | 5,500.00 | FA |
| 19 | Vermeer Model T-5555TR Trencher S/N: -0404 | 7,500.00 | 0.00 | | 0.00 | FA |
| 20 | 2012 Jeep Grand Cherokee (corporate vehicle) | 28,000.00 | 18,988.92 | | 24,000.00 | FA |
| 21 | 1994 GMC Suburban (corporate vehicle) | 3,300.00 | 900.00 | | 900.00 | FA |
| 22 | 1999 Four State Ind Horse Trailer | 9,000.00 | 6,000.00 | | 6,000.00 | FA |
| 23 | Used items left on premises | 0.00 | 0.00 | | 0.00 | FA |
| 24 | Bobcat Breaker Attachment | 1,250.00 | 0.00 | | 0.00 | FA |
| 25 | Clipper walk-behind concrete saw | 750.00 | 0.00 | | 0.00 | FA |
| 26 | Honda Model International 3000 Power Washer | 100.00 | 0.00 | | 0.00 | FA |
| 27 | Wacker Model LT4 Portable Work Lights | 1,250.00 | 1,850.00 | | 1,850.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-14111  **Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE
**Case Name:** TORRY GRANRATH'S CUSTOM CONCRETE,IN  **Filed (f) or Converted (c):** 04/21/15 (f)
  **§341(a) Meeting Date:** 05/18/15
**Period Ending:** 07/11/17  **Claims Bar Date:** 08/19/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 28 | Allen Razorback Model Pro 1050 Trowel | 4,500.00 | 0.00 | | 0.00 | FA |
| 29 | Allen Razorback Model Pro 1050 Trowel | 4,500.00 | 0.00 | | 0.00 | FA |
| 30 | Stone Model XN6506 Tamper | 500.00 | 0.00 | | 0.00 | FA |
| 31 | Coleman Model Vertex 7500 Generator | 300.00 | 0.00 | | 0.00 | FA |
| 32 | Coleman Model Vertex 7500 Generator | 300.00 | 0.00 | | 0.00 | FA |
| 33 | Coleman Model Vertex 7500 Generator | 300.00 | 0.00 | | 0.00 | FA |
| 34 | Sturdi-Saw Concrete saw | 1,000.00 | 0.00 | | 0.00 | FA |
| 35 | Soffcut Model 750 Concrete saw | 2,000.00 | 0.00 | | 0.00 | FA |
| 36 | Soffcut Model GS1000 Concrete saw | 750.00 | 0.00 | | 0.00 | FA |
| 37 | Walk Behind Gas Operated Trowel | 750.00 | 0.00 | | 0.00 | FA |
| 38 | Walk Behind Gas Operated Trowel | 750.00 | 0.00 | | 0.00 | FA |
| 39 | Walk Behind Gas Operated Trowel | 750.00 | 0.00 | | 0.00 | FA |
| 40 | Walk Behind Gas Operated Trowel | 750.00 | 0.00 | | 0.00 | FA |
| 41 | Walk Behind Tamper | 375.00 | 0.00 | | 0.00 | FA |
| 42 | Walk Behind Tamper | 375.00 | 0.00 | | 0.00 | FA |
| 43 | Knack box | 500.00 | 0.00 | | 0.00 | FA |
| 44 | Gasoline Operated portable 2" pump | 200.00 | 0.00 | | 0.00 | FA |
| 45 | Gasoline Operated portable 2" pump | 200.00 | 0.00 | | 0.00 | FA |
| 46 | Gasoline Operated portable 2" pump | 200.00 | 0.00 | | 0.00 | FA |
| 47 | Lincoln 225 Amp Arc Welder | 300.00 | 0.00 | | 0.00 | FA |
| 48 | Welding cart, torch, and gauge | 125.00 | 0.00 | | 0.00 | FA |
| 49 | Sanborn 5hp Piston-type vertical air compressor | 425.00 | 0.00 | | 0.00 | FA |
| 50 | 2013 PJ 8 ft. x 18 ft. Wood Deck Tandem (u) | 3,250.00 | 3,250.00 | | 3,250.00 | FA |
| 51 | 2013 Beaver Creek Wood Deck Tandem 18ft. -2001 (u) | 2,000.00 | 2,000.00 | | 2,000.00 | FA |
| 52 | 78inx17ft Wood Deck Tandem 48in drop down ramps (u) | 600.00 | 600.00 | | 600.00 | FA |
| 53 | 84inx17ft Wood Deck Tamdem 60in drop down ramps | 900.00 | 900.00 | | 900.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-14111  
**Case Name:** TORRY GRANRATH'S CUSTOM CONCRETE,IN  

**Period Ending:** 07/11/17

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 04/21/15 (f)  
**§341(a) Meeting Date:** 05/18/15  
**Claims Bar Date:** 08/19/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | (u) |  |  |  |  |  |
| 54 | 84inx17ft Wood Deck Tamdem 45in drop down ramps (u) | 600.00 | 600.00 |  | 600.00 | FA |
| 55 | 84inx17ft Wood Deck Tamdem 45in drop down ramps (u) | 1,000.00 | 1,000.00 |  | 1,000.00 | FA |
| 56 | Preference Adversary against BOA (u) | 55,000.00 | 55,000.00 |  | 6,000.00 | FA |
| 57 | AT&T refund (u) | 355.20 | 355.20 |  | 355.20 | FA |
| 57 | **Assets** **Totals** (Excluding unknown values) | **$449,721.20** | **$384,444.12** |  | **$342,267.69** | **$0.00** |

**Major Activities Affecting Case Closing:**

Equipment that was not subject to Bank's blanet lien was sold at auction. Trustee investigating potential preferential transfers.

**Initial Projected Date Of Final Report (TFR):** February 15, 2017  **Current Projected Date Of Final Report (TFR):** November 15, 2016 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-14111  
**Case Name:** TORRY GRANRATH'S CUSTOM CONCRETE,IN  
**Taxpayer ID #:** **-***6958  
**Period Ending:** 07/11/17

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****988066 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/05/15 | {1} | Landscape Material & Firewood Sales, Inc. | Turnover of collected money for purchase of 1999 Mack truck | 1129-000 | 59,000.00 | | 59,000.00 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 90.51 | 58,909.49 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.73 | 58,824.76 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.78 | 58,742.98 |
| 12/09/15 | | PPL Group LLC | Liquidation of Personal Property | | 268,200.00 | | 326,942.98 |
| | {50} | | 3,250.00 | 1229-000 | | | 326,942.98 |
| | {51} | | 2,000.00 | 1229-000 | | | 326,942.98 |
| | {17} | | 5,750.00 | 1129-000 | | | 326,942.98 |
| | {18} | | 5,500.00 | 1129-000 | | | 326,942.98 |
| | {52} | | 600.00 | 1229-000 | | | 326,942.98 |
| | {53} | | 900.00 | 1229-000 | | | 326,942.98 |
| | {54} | | 600.00 | 1229-000 | | | 326,942.98 |
| | {55} | | 1,000.00 | 1229-000 | | | 326,942.98 |
| | {13} | | 6,250.00 | 1129-000 | | | 326,942.98 |
| | {9} | | 17,500.00 | 1129-000 | | | 326,942.98 |
| | {15} | | 11,000.00 | 1129-000 | | | 326,942.98 |
| | {14} | | 5,000.00 | 1129-000 | | | 326,942.98 |
| | {20} | | 24,000.00 | 1129-000 | | | 326,942.98 |
| | {16} | | 3,000.00 | 1129-000 | | | 326,942.98 |
| | {27} | | 1,850.00 | 1129-000 | | | 326,942.98 |
| | {8} | | 180,000.00 | 1129-000 | | | 326,942.98 |
| 12/11/15 | 101 | Steven S. Spinell | adm rent claim for receiver; Order approving payment entered 10/23/15 | 2410-000 | | 7,100.00 | 319,842.98 |
| 12/11/15 | 102 | PPL Group, LLC | Auctioneer fees; Order approving fees entered 12/4/15 | 3610-000 | | 26,820.00 | 293,022.98 |
| 12/11/15 | 103 | PPL Group, LLC | Auctioneer expenses; Order approving expenses entered 12/4/15 | 3620-000 | | 9,156.00 | 283,866.98 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 345.18 | 283,521.80 |
| 01/08/16 | {22} | Move Makers, Inc. | Settlement Pursuant to Order | 1129-000 | 6,000.00 | | 289,521.80 |
| 01/08/16 | {21} | Aaron J. Wilson and Taylor B. Wilson | Settlement Pursuant to Order | 1129-000 | 900.00 | | 290,421.80 |
| 01/29/16 | 104 | PPL Group, LLC | exp reimbrsement for 2012 Jeep pursuant to Order entered 1/15/16 | 3620-000 | | 6,612.50 | 283,809.30 |
| 01/29/16 | 105 | Ronald Peterson, Trustee for BK estate of Torrance Granrath | 1/2 net proceeds for 2012 Jeep pursuant to Order entered 1/15/16 | 8500-002 | | 7,576.25 | 276,233.05 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 400.09 | 275,832.96 |

Subtotals :  $334,100.00   $58,267.04

{} Asset reference(s)

Case 15-14111   Doc 80   Filed 07/24/17   Entered 07/24/17 13:51:18   Desc Main
Document      Page 11 of 13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 15-14111  
**Case Name:** TORRY GRANRATH'S CUSTOM CONCRETE,IN  
**Taxpayer ID #:** **-***6958  
**Period Ending:** 07/11/17

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****988066 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/26/16 | 106 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/26/2016 FOR CASE #15-14111, Bond Premium | 2300-000 | | 141.72 | 275,691.24 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 389.93 | 275,301.31 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 434.52 | 274,866.79 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 381.13 | 274,485.66 |
| 05/24/16 | {56} | Bank of America Corp. | Settlement of preference adversary | 1241-000 | 6,000.00 | | 280,485.66 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 381.75 | 280,103.91 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 442.02 | 279,661.89 |
| 07/21/16 | 107 | SPRINGER BROWN, LLC | Attorney fees and expenses pursuant to Order entered 7/8/16 | | | 26,516.58 | 253,145.31 |
| | | SPRINGER BROWN, LLC | Attorney Fees pursuant to Order entered 7/8/16    26,337.50 | 3110-000 | | | 253,145.31 |
| | | SPRINGER BROWN, LLC | Attorney expenses pursuant to Order entered 7/8/16    179.08 | 3120-000 | | | 253,145.31 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 382.71 | 252,762.60 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 398.82 | 252,363.78 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 361.99 | 252,001.79 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 349.42 | 251,652.37 |
| 11/11/16 | {57} | AT&T | Refund | 1229-000 | 355.20 | | 252,007.57 |
| 01/13/17 | 108 | RSM US LLP | Dividend paid 100.00% on $4,769.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 4,769.00 | 247,238.57 |
| 01/13/17 | 109 | Monty Titling Trust I | Dividend paid 100.00% on $10,000.00; Claim# 5S-4; Filed: $10,000.00; Reference: | 4120-000 | | 10,000.00 | 237,238.57 |
| 01/13/17 | 110 | Internal Revenue Service | Dividend paid 100.00% on $2,307.21; Claim# 1P; Filed: $2,307.21; Reference: Voided on 01/13/17 | 5800-000 | | 2,307.21 | 234,931.36 |
| 01/13/17 | 110 | Internal Revenue Service | Dividend paid 100.00% on $2,307.21; Claim# 1P; Filed: $2,307.21; Reference: Voided: check issued on 01/13/17 | 5800-000 | | -2,307.21 | 237,238.57 |
| 01/13/17 | 111 | Illinois Department of Revenue | Dividend paid 100.00% on $216.57; Claim# 3P; Filed: $216.57; Reference: | 5800-000 | | 216.57 | 237,022.00 |
| 01/13/17 | 112 | Commonwealth Edison Company | Dividend paid 4.64% on $149.71; Claim# 2; Filed: $149.71; Reference: | 7100-000 | | 6.95 | 237,015.05 |
| 01/13/17 | 113 | Amari & Locallo | Dividend paid 4.64% on $78,204.63; Claim# 4; Filed: $78,204.63; Reference: | 7100-000 | | 3,629.22 | 233,385.83 |

Subtotals :   $6,355.20   $48,802.33

{} Asset reference(s)

Printed: 07/11/2017 11:12 AM   V.13.30

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 15-14111  
**Case Name:** TORRY GRANRATH'S CUSTOM CONCRETE,IN  
**Taxpayer ID #:** **-***6958  
**Period Ending:** 07/11/17

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****988066 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/13/17 | 114 | Monty Titling Trust I | Dividend paid 4.64% on $4,543,013.61; Claim# 5U-4; Filed: $4,543,013.61; Reference: | 7100-000 | | 210,826.14 | 22,559.69 |
| 01/13/17 | 115 | THOMAS E. SPRINGER, TRUSTEE | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 20,251.27 | 2,308.42 |
| | | | Dividend paid 100.00%    19,893.95 on $19,893.95;  Claim# ; Filed: $19,893.95 | 2100-000 | | | 2,308.42 |
| | | | Dividend paid 100.00%    357.32 on $357.32;  Claim# ; Filed: $357.32 | 2200-000 | | | 2,308.42 |
| 01/13/17 | 116 | U.S. Bankruptcy Court | COMBINED SMALL CHECK Voided on 01/13/17 | 7100-000 | | 1.21 | 2,307.21 |
| 01/13/17 | 116 | U.S. Bankruptcy Court | COMBINED SMALL CHECK Voided: check issued on 01/13/17 | 7100-000 | | -1.21 | 2,308.42 |
| 01/13/17 | 117 | Internal Revenue Service | final report distribution for priority and unsecured claims | | | 2,308.42 | 0.00 |
| | | | | 2,307.21 | 5800-000 | | 0.00 |
| | | | | 1.21 | 7100-000 | | 0.00 |
| 02/24/17 | {7} | United States Treasury | Turnover Tax Refund | 1124-000 | 500.99 | | 500.99 |
| 02/24/17 | {7} | United States Treasury | Turnover Tax Refund | 1124-000 | 501.48 | | 1,002.47 |
| 02/24/17 | {7} | United States Treasury | Turnover Tax Refund | 1124-000 | 810.02 | | 1,812.49 |
| 03/31/17 | 118 | THOMAS E. SPRINGER, TRUSTEE | Dividend paid 100.00% on $19,984.57, Trustee Compensation;  Reference: | 2100-000 | | 90.62 | 1,721.87 |
| 03/31/17 | 119 | Amari & Locallo | Dividend paid 4.67% on $78,204.63; Claim# 4; Filed: $78,204.63; Reference: | 7100-000 | | 29.13 | 1,692.74 |
| 03/31/17 | 120 | Monty Titling Trust I | Dividend paid 4.67% on $4,543,013.61; Claim# 5U-4; Filed: $4,543,013.61; Reference: | 7100-000 | | 1,692.67 | 0.07 |
| 03/31/17 | 121 | Clerk of the U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | 0.07 | 0.00 |
| | | | Dividend paid 4.67% on    0.02 $25.99;  Claim# 1U; Filed: $25.99 | 7100-000 | | | 0.00 |
| | | | Dividend paid 4.67% on    0.05 $149.71;  Claim# 2; Filed: $149.71 | 7100-000 | | | 0.00 |

Subtotals :    $1,812.49    $235,198.32

{} Asset reference(s)

Printed: 07/11/2017 11:12 AM    V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 15-14111 | | | **Trustee:** | THOMAS E. SPRINGER, TRUSTEE (330640) |
|---|---|---|---|---|---|
| **Case Name:** | TORRY GRANRATH'S CUSTOM CONCRETE,IN | | | **Bank Name:** | Rabobank, N.A. |
| | | | | **Account:** | ****988066 - Checking Account |
| **Taxpayer ID #:** | **-***6958 | | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 07/11/17 | | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 342,267.69 | 342,267.69 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 342,267.69 | 342,267.69 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$342,267.69** | **$342,267.69** | |

| | TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|
| | **Checking # ****988066** | 342,267.69 | 342,267.69 | 0.00 |
| | | **$342,267.69** | **$342,267.69** | **$0.00** |

{} Asset reference(s)